# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0153. UGWONALI LAW GROUP, LLC v. CHEROKEE FUNDING, LLC.**

Cherokee Funding, LLC filed a garnishment action seeking to recover an award of OCGA § 9-15-14 attorney fees entered against defendant Ugwonali Law Group, LLC ("Ugwonali"). Based on the limited application materials, it appears that disputed funds currently are held in the registry of the state court. Ugwonali filed a motion to traverse and motion to dismiss, as well as an emergency motion to dismiss, or, in the alternative, to stay the proceedings. The state court denied the motions, and Ugwonali filed this application for discretionary review. We lack jurisdiction.

Because the order that Ugwonali seeks to appeal did not direct the disbursement of the funds held by the state court, it is not final. See *Turner v. Wood*, 159 Ga. App. 850, 850 (285 SE2d 589) (1981); *Knox v. Knox*, 151 Ga. App. 144, 144 (259 SE2d 150) (1979). Although appeals in garnishment cases generally must be initiated by filing an application for discretionary review, see OCGA § 5-6-35 (a) (4), (b), where, as here, both discretionary and interlocutory appeal procedures apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial court before filing an application. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991); see also OCGA § 5-6-34 (b). Ugwonali's failure to do so deprives us of

jurisdiction over this application for discretionary review, which is hereby DISMISSED. See *Turner*, 159 Ga. App. at 850; *Knox*, 151 Ga. App. at 144.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   01/13/2021*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*